UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:11-CR-135-1F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CHAUNCEY HAWKINS, | ) | |
| Defendant. | ) | |

This matter is before the court on the Defendant's Motion to Seal Docket Entry 30 [DE-31]. For the reasons stated in the Defendant's Motion, the court finds that good cause exists to seal Docket Entry 30. Accordingly, the Defendant's Motion [DE-31] is ALLOWED and the Clerk of Court is DIRECTED to maintain Docket Entry 30 under seal.

SO ORDERED.

This the 17th day of July, 2013.

_____
JAMES C. FOX
Senior United States District Judge